JOHN FRANKLIN *v.* ROBERT BERGER ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 74, is granted, limited to the issue: "Did the state violate the guarantees of equal protection contained in the Connecticut and the United States constitutions by declining to credit pretrial jail time against the length of an insanity acquittee's commitment to a mental hospital?"

*Carl J. Schuman,* assistant attorney general, in support of the petition.

*Miriam Berkman,* in opposition.

Decided July 26, 1988

STATE OF CONNECTICUT *v.* HERBERT BROWN

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 605, is denied.

*William Holden,* public defender, in support of the petition.

*C. Robert Satti, Jr.,* assistant state's attorney, in opposition.

Decided July 26, 1988